GEORGE O. SHAFFNER, AND JOSEPH C. SIBLEY, JR., Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-970—

COMMONWEALTH EDISON COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

GEORGE O. SHAFFNER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-972—

COMMONWEALTH EDISON COMPANY, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed May 13, 1975.*

GEORGE O. SHAFFNER, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-973—

COMMONWEALTH EDISON COMPANY, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed May 13, 1975.*

GEORGE O. SHAFFNER, AND JOSEPH C. SIBLEY, JR.,
Attorneys for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM J.
KARAGANIS, Assistant Attorney General, for Respond-
ent.

PER CURIAM.

(No. 75-CC-976—

DONNA M. BRANDIS, Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS
OFFICE OF EDUCATION, Respondent.

*Opinion filed May 13, 1975.*

DONNA M. BRANDIS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.